**Dismissed and Opinion Filed April 30, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00928-CV

### KASEY C. KRUMMEL AND KRUMMEL LAW, Appellants
### V.
### NXRT ATERA, LLC AND NXRT ATERA II, LLC D/B/A ATERA APARTMENTS, TI COMMUNITIES AND TMIF VIEW LP, D/B/A THE VIEW AT KESSLER PARK, Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-02415

## MEMORANDUM OPINION
Before Justices Bridges, Pedersen, III, and Evans
Opinion by Justice Evans

Appellants' brief is overdue. By postcard dated March 11, 2020, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellants have not filed their brief nor have they corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David Evans/
DAVID EVANS
JUSTICE


190928F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KASEY C. KRUMMEL AND KRUMMEL LAW, Appellants

No. 05-19-00928-CV      V.

NXRT ATERA, LLC AND NXRT ATERA II, LLC D/B/A ATERA APARTMENTS, TI COMMUNITIES AND TMIF VIEW LP, D/B/A THE VIEW AT KESSLER PARK, Appellees

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-02415. Opinion delivered by Justice Evans. Justices Bridges and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees NXRT ATERA, LLC AND NXRT ATERA II, LLC D/B/A ATERA APARTMENTS, TI COMMUNITIES AND TMIF VIEW LP, D/B/A THE VIEW AT KESSLER PARK recover their costs of this appeal, if any, from appellants KASEY C. KRUMMEL AND KRUMMEL LAW.

Judgment entered April 30, 2020